IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRIS BRANDSTETTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3223 |
| | ) | |
| v. | ) | |
| | ) | |
| MENU FOODS, Inc., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the plaintiff's Motion for Leave to Proceed in forma pauperis (IFP). (Filing No. 2.) Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS THEREFORE ORDERED THAT: The plaintiff's Motion for Leave to Proceed IFP (filing no. 2) is provisionally granted.

DATED this 10th day of October, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge